

Entered on Docket
July 05, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**201 Las Vegas Blvd South Suite 200**
**Las Vegas, NV  89101**
**(702) 853-0700**
**kal13mail@las13.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| | BKS-10-23034-LBR |
| **BRIAN ANTHONY BAY** | |
| **SUSAN LEE BAY** | **ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE** |
| Debtors | Hearing Date: 06/30/2011 |
| | Hearing Time:  1:30 pm |

   The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [ X ] Trustee  [  ] Debtors [ ] Attorney for Debtors [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason (s):

- Amendments to Statement of Financial Affairs #1 and Form B22C not filed
- The Debtors have failed to cooperate with the Trustee  [11 USC 521(3)] as the following document(s) were not provided:  [ ] tax returns   [X] pay stubs  [  ] profit & loss statements   [X] other: bank statements; verification of transfer of funds to son's account for school

IT IS FURTHER ORDERED that the Trustee is allowed $600.00 as and for expenses in the administration of this case.

DATED:  07/01/2011

Submitted by:

 /s/  KATHLEEN A. LEAVITT 
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 certification language**:

In accordance with LR 9021, counsel submitting this document certifies as follows ;

  X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

None -no parties appeared

###